UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18 cr 015 |
| Plaintiff, | : | |
| | : | I N D I C T M E N T |
| | : | 18 U.S.C. § 922(g)(1) |
| v. | : | 21 U.S.C. § 841(a)(1) |
| | : | |
| | : | WALTER H. RICE |
| DAVID LANDERS, | : | |
| Defendant. | : | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)]

On or about August 17, 2017, in the Southern District of Ohio, defendant **DAVID LANDERS** knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about August 17, 2017, in the Southern District of Ohio, defendant **DAVID LANDERS** knowingly possessed a firearm in and affecting interstate and foreign commerce.

Such possession occurred after defendant had been convicted of the following felonies, each of which was punishable by a term of imprisonment exceeding one year, namely:

    a.   on or about April 10, 2001, in the Montgomery County, Ohio, Court of Common Pleas, of kidnapping and aggravated robbery, in violation of the Ohio Revised Code; and

    b.   on or about August 27, 2010, in the Montgomery County, Ohio, Court of Common Pleas, of illegal manufacture of drugs, in violation of the Ohio Revised Code.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

/s/ signed
Foreperson

BENJAMIN C. GLASSMAN
United States Attorney

BRENT G. TABACCHI
Assistant United States Attorney

Page **2** of **2**

