IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA : Case No. 3:18cr15
    Plaintiff,
: JUDGE WALTER H. RICE
vs.
:
DAVID LANDERS
:
    Defendant.

---

ORDER DELAYING EXECUTION OF SENTENCE

---

For good cause shown, it is hereby ordered that the Defendant's execution of sentence be delayed for sixty days. The United States Marshal is to seek a designation for on or after June 4, 2020.

April 2, 2020          /s/ Walter H. Rice (tp – per Judge Rice authorization)
                              WALTER H. RICE
                              UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal