IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAVID LANDERS

    Defendant.

: Case No. 3:18cr15

: JUDGE WALTER H. RICE

:

:

---

ORDER DELAYING EXECUTION OF SENTENCE

---

For good cause shown, it is hereby ordered that the Defendant's execution of sentence be delayed until further notice of the Court. The United States Marshal is to seek a designation when notified by the Court.

July 6, 2020

_____ (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal