IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:18-cr-15 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | |
| DAVID LEE LANDERS | : | |
| Defendant. | : | |

**DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO RECONSIDER ITS DECISION NOT TO TERMINATE THE FEDERAL DETAINER, BUT GRANTING A BRIEF FURLOUGH TO ALLOW DEFENDANT TO ATTEND HIS SON'S HIGH SCHOOL GRADUATION ON MAY 30, 2024**

Upon further consideration, the Court overrules the Defendant's Motion to Reconsider this Court's prior order declining to release the federal detainer lodged against him (Doc. #71). However, this Court will allow the Defendant a brief furlough for the purpose of attending his son's high school graduation beginning at 7:30 p.m. on Thursday, May 30, 2024, at the University of Dayton Arena, 1801 Edwin C. Moses Boulevard, Dayton, Ohio 45417, and to visit with his son prior to his leaving to enter the United States Air Force.

Accordingly, the Defendant is to be released from the Montgomery County Jail at 9:00 a.m. on Thursday, May 30, 2024, in the custody of his girlfriend, Kayleigh Nelson. He is to return to the Montgomery County Jail no later than 6:00 p.m. on Friday, May 31, 2024. While on furlough the Defendant is to reside at the home of Kayleigh Nelson, 361 Roxbury Road, Dayton, Ohio 45417.

The overruling of the Defendant's Motion to Reconsider this Court's previous ruling declining his request to remove the federal detainer is without prejudice to the renewal of same within a three-to-four-week period of time.

Date: May 28, 2024

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

Copies to: All Counsel of Record
Kelvin Gover, USPO
United States Marshals Service